The People of the State of New York, Respondent, v. Al Bennett and Samuel Apuzzo, Appellants.— Judgments unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Emiliano De Hesa, Appellant, et al., Defendants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Probate of the Will of Rose M. Roeben, Deceased. S. William Freedman, Respondent; Johanna S. Schimmel, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Good Humor Corporation, Appellant, v. City of New York, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 953.]

Bessie Hess, Appellant, v. News Syndicate Co., Inc., Respondent, et al., Defendants.— Order, so far as appealed from, unanimously reversed, with costs and disbursements, and the verdict rendered against the defendant News Syndicate Co., Inc., reinstated. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [180 Misc. 298.]

The People of the State of New York ex rel. Irmor Corporation, Respondent, against Joseph Lilly et al., Constituting the Tax Commission of the City of New York, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the original assessments reinstated. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. George Melcher, Appellant.— Judgment unanimously reversed and the complaint dismissed, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

City of New York, Respondent, v. Mason & Hanger Company, Inc., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 953.]

#### (March 8, 1944.)

In the Matter of Solomon Jacobson, an Attorney.— Motion for reinstatement granted. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

#### (March 10, 1944.)

The People of the State of New York ex rel. Hotel Tuscany, Inc., Appellant, against William S. Miller et al., Constituting the Tax Commission of the City of New York, Respondents. (Premises 120 East 39th St., Block 894, Lot 75, Borough of Manhattan. Taxes of 1938 and 1st half of 1939, 1939–40, 1940–41 and 1941–42.)

*Per Curiam.* After taking into consideration all relevant factors we think that the order should be modified by reducing the assessments as follows:

|  | *Land* | *Building* | *Total* |
|---|---|---|---|
| 1938–39 | $156,000 | $480,000 | $636,000 |
| 1939–40 | 156,000 | 472,000 | 628,000 |
| 1940–41 | 156,000 | 464,000 | 620,000 |
| 1941–42 | 156,000 | 456,000 | 612,000 |

As so modified the order, so far as appealed from, should be affirmed, with twenty dollars costs and disbursements to the relator.

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Order, so far as appealed from, unanimously modified as indicated in opinion, and, as so modified, affirmed, with twenty dollars costs and disbursements to the relator-appellant. Settle order on notice.